NEW·YORK,
May, 1805.
Jackson ex dem
v.
Giles.

## Thomas and Andrew Napier *against* Christopher Whipple.

If, from a change of attornies, a bail bond taken by a plaintiff deputised to arrest be lost, the court will after verdict grant leave to file common bail *nunc pro tunc.*

THE plaintiffs' original attorney had left this state before the return of the writ; the one now employed found, on search, a rule entered, to declare or be nonprossed. In consequence of which he served a declaration, received a plea of the general issue, went to trial, and obtained a verdict.

*Emott,* on an affidavit containing the above statement, and that, from having received no instructions or papers from the first attorney, he could not obtain the bail bond given in this suit, which was taken by one of the plaintiffs, who was specially deputised, to make the arrest, moved to file common bail *nunc pro tunc,* which was, after slight opposition,

*Ordered accordingly.*